IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**David A. Leff and**<br>**Deborah J. Leff**<br>   Debtors<br><br>**David A. Leff and**<br>**Deborah J. Leff**<br>   Movants<br><br>   Vs.<br>**Citifinancial**<br>   Respondent | Bankruptcy No. 10-26798 MBM<br><br>Chapter 7 |

## ORDER OF COURT

**AND NOW,** to wit, this _____ day of _____, 2010, upon Motion of the Debtors, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The fair market value of the Debtors' 1997 Dodge Caravan, VIN 2B4FP2530VR445675, is hereby determined pursuant to 11 U.S.C. §722 to be $350, thus the allowed secured claim of Respondent Citifinancial that is secured in full is the sum of $350.00.

2. Upon Citifinancial's receipt from Debtors' counsel on behalf of the Debtors, of a copy of this Order and the sum of $350, Citifinancial shall satisfy the encumbrance against the title to the said 1997 Dodge Caravan and shall deliver the title to the said 1997 Dodge Caravan to the Debtors' counsel, Mary Bower Sheats, who shall deliver the title in turn to the Debtors.

BY THE COURT

_____J.
United States Bankruptcy Judge