# Notice Recipients

District/Off: 0315–2          User: pbic           Date Created: 11/15/2010
Case: 10–26798–MBM         Form ID: 208         Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Mary Bower Sheats      mbsheats@fbmgg.com

TOTAL: 1