Form 209

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

19 – 17
pbic

In re:

Bankruptcy Case No.: 10–26798–MBM
Related to Doc. #17
Chapter: 7
Hearing Date: 12/14/10 at 01:30 PM

**David A. Leff**                             Deborah J. Leff
    Debtor(s)

## CERTIFICATE OF SERVICE

I,_____, of ** _____

_____

_____

**CERTIFY:**

    That I am at least 18 years of age:

    That on the _____ day of _____, _____, I served a copy of the within Order Setting Date Certain *together with the Motion* filed in this proceeding, on:

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

    Executed on _____        _____
                      (Date)                                (Signature)

**\*\*Indicate Current Mailing Address**