**Notice Recipients**

District/Off: 0315–2     User: pbic     Date Created: 11/15/2010
Case: 10–26798–MBM     Form ID: 209     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Mary Bower Sheats     mbsheats@fbmgg.com

TOTAL: 1