**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 10-26798 JAD |
| David A. Leff and Deborah J. Leff, | Chapter 7 |
| Debtor | Related to Documents Nos. 17, 19 |
| David A. Leff and Deborah J. Leff, | |
| Movant | Response Date: December 7, 2010 |
| vs. | Hearing Date: December 14, 2010 @ 1:30 PM |
| Citifinancial, | Courtroom "B", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh PA 15219 |
| Respondent | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Redeem Property, filed on November 12, 2010, have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Redeem Property, appears thereon; pursuant to the Notice of Hearing, objections to the Motion to Redeem Property were to be filed and served no later than December 7, 2010.

It is hereby respectfully requested that the Order Redeeming the Property be entered by the Court.

Executed on December 8, 2010

/s/Mary Bower Sheats, Esquire
Attorney for Debtor/Movant
PA ID # 27911
3300 Gulf Tower
707 Grant Street
Pittsburgh, PA.   15219
(412) 471-5931