# Notice Recipients

District/Off: 0315−2   User: culy   Date Created: 12/16/2010
Case: 10−26798−JAD   Form ID: pdf900   Total: 6

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
tr    Rosemary C. Crawford    crawfordmcdonald@aol.com
aty    Mary Bower Sheats    mbsheats@fbmgg.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    David A. Leff    3 Flotilla Way    Pittsburgh, PA 15221
jdb    Deborah J. Leff    3 Flotilla Way    Pittsburgh, PA 15221
12847771    Citifinancial    300 Saint Paul Pl.    Baltimore, MD 21202

TOTAL: 3